UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-NC4, | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.14-CV-00931-LY |
| RA SURASAK KETMAYURA AND YING KANOKTIP KETMAYURA, | § § § § | |
| Defendants. | § | |

### ADR REPORT PURSUANT TO W.D. TEX. LOCAL RULE CV-88(B) AND THE COURT'S SCHEDULING ORDER (DOC. NO. 36)

Pursuant to Local Rule CV-88 and the Court's Scheduling Order (Doc. No. 36), Plaintiff Deutsche Bank National Trust Company, as Trustee for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC4 Mortgage Pass Through Certificates, Series 2007-NC4 ("Plaintiff") and Defendants Ra Surasak Ketmayura and Ying Kanoktip Ketmayura (collectively, "Defendants") submit this ADR Report.

**(1)     Status of Settlement Negotiations**

Counsel for Plaintiff and Defendants have engaged in settlement negotiations in this matter. An offer is forthcoming from Defendants, and once it is received, it will be conveyed to Plaintiff for consideration.

**(2)  Persons Responsible for Settlement Negotiations for Each Party**

Plaintiff's counsel, Charles R. Curran, is the point of contact for settlement negotiations for Plaintiff.

Defendants' counsel, Fred Walker, is the person responsible for settlement negotiation for Defendants.

**(3)  Evaluation of Appropriateness of Alternative Dispute Resolution**

The Parties believe that non-binding mediation may be an appropriate method of ADR if Defendants' forthcoming settlement offer is rejected. The parties agree on the following mediator to act as a neutral for any such non-binding mediation: Kenneth Davison, Lakeside Mediation Center, 3825 Lake Austin Blvd., Suite 403, Austin, Texas 78703, (512) 477-9300. The Parties will each pay for half of the mediator's fee.

Respectfully submitted,

*/s/ Charles R. Curran*
Charles R. Curran
Texas Bar I.D. 24076334
*ccurran@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas  75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR PLAINTIFF

*/s/ Fred E. Walker*
Fred E. Walker
Fred E. Walker, P.C.
609 Castle Ridge Road, Suite 220
Austin, Texas 78746
(512) 330-9977
(512) 330-1686 (Facsimile)

**Certificate of Service**

  I certify that this document was served in accordance with the Federal Rules of Civil Procedure on February 29, 2016, by the manner indicated upon the following persons:

<u>Via ECF</u>
Fred E. Walker
Fred E. Walker, P.C.
609 Castle Ridge Road, Suite 220
Austin, Texas 78746
  *Attorney for Defendants*

              */s/ Charles R. Curran*
              Charles R. Curran

DMS-#746005-v1-ADR_Report.docx